**Order entered March 7, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01323-CV

### HERBERT HARRIS AND MERENTHIA HARRIS, Appellants

### V.

### SRP TRS SUB, LLC, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-04358-B**

## ORDER

Before the Court is appellants' February 12, 2018 motion for an extension of time to file a brief. Appellants' brief was due January 17, 2018. Appellants tendered their brief on February 12, 2018. We **GRANT** the motion and **ORDER** the brief received on February 12, 2018 filed as of the date of this order.

We note, however, the brief fails to comply with the requirements of Texas Rule of Appellate Procedure 38.1. *See* TEX. R. APP. P. 38.1. Specifically, the brief does not contain a table of contents, a clear and concise argument for the contentions made with appropriate citations to the record and authorities, certificates of service and compliance, or an appendix with the required items. *See id.* 9.4(i)(3), 9.5(e)(2),(3), 38.1(b),(i),(k). Further the sections in the brief titled "statement of the case" and "statement of facts" do not include citations to the record. *See*

*id.* 38.1(d),(g). Accordingly, we **ORDER** appellants to file an amended brief that complies with the requirements of appellate rule 38.1 **no later than March 19, 2018.** We caution appellants that failure to comply may result in the appeal being dismissed without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

Also before the Court is appellee's February 12, 2018 motion to dismiss the appeal for failure to file a brief. We **DENY** the motion.

/s/ ADA BROWN
JUSTICE